CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 29 2012

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **CALVIN L. THROWER,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:12-cv-00429** |
| | ) | |
| **v.** | ) | **DISMISSAL ORDER** |
| | ) | |
| **NEWSON, et al.,** | ) | **By: James C. Turk** |
| **Defendant(s).** | ) | **Senior United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 29th day of October, 2012.

[signature]
Senior United States District Judge